# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| David R. Myrland,<br>      Petitioner,<br>v.<br>United States and Scott P. Fisher, Warden,<br>      Respondents. | Civil No. 12-cv-2909 (PJS/TNL)<br><br>**ORDER** |

David R. Myrland, *pro se*.; and,

Pamela A. Marentette, Esq., Office of the United States Attorney, on behalf of Respondents.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated July 29, 2013 (ECF No. 34), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. The United States is dismissed as a respondent;

2. Myrland's Motion to Strike is denied [ECF No. 13];

3. Myrland's Motion for Partial Summary Judgment is denied [ECF No. 29];

4. The habeas petition is denied, and the case is dismissed with prejudice; and

5. The District Court adopts this Report and Recommendation, that judgment be entered.

Date: 08/22/13

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
United States District Court Judge
for the District of Minnesota